# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CSAA INSURANCE EXCHANGE as subrogee of Curtis Karbowski, Boun Moua, and Gabriela Gomez,<br><br>    Plaintiffs,<br><br>    v.<br><br>BROAN-NUTONE LLC and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:21-cv-07886-NC<br><br>**ORDER RE: JOINT STIPULATION OF THE PARTIES RE: VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>*[Filed Concurrently with Joint Stipulation Re: Voluntary Dismissal of Entire Action with Prejudice]*<br><br>Magistrate Judge Nathanael Cousins |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

Pursuant to the Federal Rule of Civil Procedure, Rule 41(a)(1) Joint Stipulation of the Parties re: Voluntary Dismissal of Entire Action with Prejudice, this Court hereby dismisses the entire action entitled *CSAA Insurance Exchange v. Broan-NuTone LLC*, Case No. 5:21-cv-07886-NC with prejudice. Each party will bear its own attorneys fees and costs.

**IT IS SO ORDERED.**

DATED:   March 16  , 2023

_____
HONORABLE NATHANIEL COUSINS
Magistrate Judge of the United States Superior Court